**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2146

SHERROD V. BRIGHT,

Plaintiff - Appellant,

v.

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION;
FLORENCE COUNTY SHERIFFS' DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:07-cv-03002-TLW)

Submitted:  March 12, 2009          Decided:  March 16, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sherrod V. Bright, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina; James C.
Rushton, III, HYMAN LAW FIRM, Florence, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherrod V. Bright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny Bright's motion to consolidate and affirm for the reasons stated by the district court. Bright v. U.S. Dep't of Justice Drug Enforcement Admin., No. 4:07-cv-03002-TLW (D.S.C. Sept. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED